**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>ELYCE MARIE YORK,<br>SSN:  xxx-xx-7187,<br><br>    Debtor. | Case No. 22-14867-JGR<br>Chapter 7 |

**ORDER GRANTING EX PARTE MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF NEBRASKA BANK; NEBNK PROPERTIES, LLC; STEVEN STULL; AND DON SEEWALD**

THIS MATTER is before the Court on the Ex Parte Motion for Order Authorizing Rule 2004 Examination of Nebraska Bank; NEBNK Properties, LLC; Steven Stull; and Don Seewald (the "Motion"), filed by the Trustee (the "Movant") on August 26, 2025 (Doc. 301). The Court, having reviewed the Motion and being adequately advised in the premises, hereby

ORDERS the Motion is GRANTED, and

FURTHER ORDERS that pursuant to Fed.R.Bankr.P. 2004 and subject to the provisions of Fed.R.Bankr.P. 9016, Fed.R.Civ.P. 45 and L.B.R. 2004-1, Movant is authorized to examine the Nebraska Bank; NEBNK Properties, LLC; Steven Stull; and Don Seewald, and to seek production of documents.

Dated this 27th day of August, 2025.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge